UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY E. WALKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. 2:08-CV-957-CRD<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded to a different administrative law judge for further proceedings. On remand, the Administrative Law Judge (ALJ) will bear in mind Plaintiff's date last insured. The ALJ will further consider the medical evidence, including the opinions of Rayburn Lewis, M.D., and Paul B. Brown, M.D. The ALJ will reevaluate Plaintiff's credibility and address all of the lay witness statements in the record, providing reasons for any that are not accepted. The ALJ will reassess Plaintiff's residual functional capacity, and, if warranted, obtain supplemental vocational expert testimony.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 23rd day of December, 2008.

*Carolyn R. Dimmick*
Carolyn R. Dimmick
United States District Judge

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.a.hoch@ssa.gov

Page 2      PROPOSED ORDER- [2:08-CV-957-CRD]